AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lee, Gerald B. | Eastern District of Virginia | 07/05/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.District Judge-Active | ☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐ Amended Report | 01/1/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

401 Courthouse Square
Alexandria, Virginia 22314

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | The American University |
| 2. | Baord of Advisors | Marshall Brennan Program The American University Washington College of Law |
| 3. | Dean's Advisory Council | The American University Washington College of Law |
| 4. | Vice President for Security and Planning | Federal Judges Association |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 5/92 | Virginia Retirement System, government pension, Fairfax Circuit Court |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B. | 07/05/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 01/01/2015 | Virginia Retirement System | $24,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01/01/15 | Colten Cummins Watson & Vincent, PC |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Criminal Defense Attorneys | October 22-23, 2015 | New York, New York | teach | transportation, hotel, and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B. | 07/05/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B. | 07/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wal Mart Stores,Inc.(IRA) | A | Dividend | J | T | Buy (add'l) | 01/01/15 | J | | |
| 2. DWS Funds Strategic Yield Tax Free | B | Int./Div. | K | T | Buy (add'l) | 01/01/15 | K | | |
| 3. Black Rock Global Allocation Fund, Inc. | D | Int./Div. | K | T | Buy (add'l) | 01/01/15 | J | | |
| 4. First Eagle Sogen Global FD CL C | D | Int./Div. | K | T | Buy (add'l) | 01/01/15 | K | | |
| 5. Hartford Balanced Allocation FD CL C | C | Int./Div. | K | T | Buy (add'l) | 01/01/15 | K | | |
| 6. Lord Abbett Inv TR Multi-Asset Income Class C | D | Int./Div. | K | T | Buy (add'l) | 01/01/15 | K | | |
| 7. Russell 3000 Index* | D | Int./Div. | | | Sold | 01/01/15 | J | A | |
| 8. CCWV PC 401 (K) Retirement Plan and Trust | E | Int./Div. | O | T | Buy (add'l) | 01/01/15 | K | | |
| 9. Johnson Controls | A | Dividend | J | T | | | | | |
| 10. Fidelity Fund Inc., SBI* | D | Dividend | J | T | Buy (add'l) | 01/01/15 | K | | |
| 11. General Electric Corporation | A | Dividend | J | T | Buy (add'l) | 01/01/15 | J | | |
| 12. General Mills Corporation | A | Dividend | J | T | Buy (add'l) | 01/01/15 | J | | |
| 13. Merck & Co. Inc. | A | Dividend | J | T | Buy (add'l) | 01/01/15 | J | | |
| 14. Walmart | A | Dividend | J | T | Buy (add'l) | 01/01/15 | J | | |
| 15. Deutsche Municipal Tr Strategic Hi Yield Tax Free FD Class C | A | Dividend | J | T | Buy (add'l) | 01/01/15 | J | | |
| 16. Fidelity nc Growth Stratgies Fund | A | Dividend | J | T | Buy (add'l) | 01/01/15 | J | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B. | 07/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

No. 6. Lord Abbett Inv Trust Multi-Assaet Income FD Class C is the correct name for this investment.

No. 8 Colten Cummins Watson & Vincent, P.C. 401 (k) Retirement Plan and Trust is the name of a 401 (k) Retirement Plan and Trust held by my wife's law firm which is managed by Sun Trust bank. The 401 (k) is managed by the bank and my wife has no control over investments or trading.

No. 15 Deutsche Muncipal Trust Strategic High Yield Tax Free Fd Class C was iadvertently left off the 2015 Amended FDR.

No. 16 Fidelity nc Growth Strategies Fund was inadvertently left off of the 2015 Amended FDR.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald B. Lee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544